**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shawn Elko   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14053 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
19 Jul 2021, 14:09:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d662afed029acfcb2e98d6609fee4c50fd4e3dea4e920b3be4fc2386e2cd3cc8