United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14053-mdc |
| Shawn Elko | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 31, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn Elko, 2263 Kennedy Street, Philadelphia, PA 19137-1818 |
| 14623571 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14549570 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2023 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2023 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14549556 | | Email/Text: bankruptcy@bbandt.com | Nov 01 2023 00:26:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14563212 | + | Email/Text: bankruptcy@bbandt.com | Nov 01 2023 00:26:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14549557 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2023 00:55:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14561076 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2023 00:40:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14561077 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2023 00:29:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14549559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:41:01 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14570324 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:40:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14549560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:41:13 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14549561 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2023 00:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14549562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2023 00:26:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14549564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2023 00:26:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

Case 20-14053-mdc    Doc 35    Filed 11/02/23    Entered 11/03/23 00:36:48    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14549563 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2023 00:26:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14549565 | | Email/Text: bankruptcycourts@equifax.com | Nov 01 2023 00:26:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 14549566 | ^ | MEBN | Nov 01 2023 00:20:42 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14549567 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2023 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14549558 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2023 00:41:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14556022 | + | Email/Text: RASEBN@raslg.com | Nov 01 2023 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14549568 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 01 2023 00:25:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14551500 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 00:40:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14560001 | ^ | MEBN | Nov 01 2023 00:20:48 | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240-0840 |
| 14549569 | | Email/Text: camanagement@mtb.com | Nov 01 2023 00:26:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14575342 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 01 2023 00:26:00 | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14575584 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 01 2023 00:26:00 | M&T Bank, c/o Melissa Licker, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14569096 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2023 00:30:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14568236 | | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2023 00:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14568234 | | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2023 00:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:19 | Syncb/Jewerly TV, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14549573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:14 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14549574 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:40:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14549575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:15 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14549576 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:40:59 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14549577 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:14 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14567101 | + | Email/Text: bncmail@w-legal.com | Nov 01 2023 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | | |
|---|---|---|---|---|
| 14549578 | + | Email/Text: bncmail@w-legal.com | Nov 01 2023 00:26:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14549579 | ^ | MEBN | Nov 01 2023 00:20:42 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14549580 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2023 00:26:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14561354 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2023 00:26:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14549572 | | Syncb/walmart |
| 14555804 | ##+ | Lakeview Loan Servicing, LLC, c/o Martin A Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LL, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

**Name**        **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
  ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
  on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MARTIN A. MOONEY
  on behalf of Creditor LAKEVIEW LOAN SERVICING Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MARTIN A. MOONEY
  on behalf of Creditor Lakeview Loan Servicing  LLC by its servicer M & T Bank Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor LAKEVIEW LOAN SERVICING mfarrington@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 31, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

THOMAS EGNER
    on behalf of Debtor Shawn Elko tegner@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shawn Elko
        Debtor(s)

Case No: 20−14053−mdc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/31/23

34 − 28
Form 138OBJ