**Fill in this information to identify the case:**

Debtor 1    Shawn Elko

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   20-14053 ELF

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Last 4 digits** of any number you use to identify the debtor's account: 9904

**Court claim no.** (if known): 3-1

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2022

**New total payment:**    $601.95
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $167.11        New escrow payment: $172.90

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Debtor(s)  <u>Shawn</u>              <u>Elko</u>     Case number *(if known)* <u>20-14053 ELF</u>
           First Name  Middle Name  Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
Signature

Print: Michael Farrington
      08 Nov 2022, 11:29:18, EST

Date  11/08/2022

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>       <u>Market Street, Suite 5000</u>
         Number   Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627–1322        Email  <u>bkgroup@kmllawgroup.com</u>