# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Shawn Elko**<br>                    Debtor(s) | **BK NO. 20-14053 ELF**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>                    Movant<br>vs.<br><br>**Shawn Elko**<br>                    Debtor(s)<br><br>**Kenneth E. West Esq.,**<br>                    Trustee | **Related to Claim No. 3-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Shawn Elko
2263 Kennedy Street
Philadelphia, PA 19137

Attorney for Debtor(s)
Thomas G. Egner, McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: November 9, 2022

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com